| | |
|---|---|
| 1 | Alan Harris (SBN 146079) |
| 2 | HARRIS & RUBLE<br>6424 Santa Monica Blvd. |
| 3 | Los Angeles, CA 90038<br>Tel: 323.962.3777 |
| 4 | Fax: 323.962.3004 |
| 4 | Attorneys for Plaintiff |
| 5 | Rebecca M. Aragon (SBN 134496) |
| 6 | Littler Mendelson<br>2049 Century Park East, Ste. 500 |
| 7 | Los Angeles, CA 90067-3107<br>Tel: 310.553.0308 |
| 8 | Fax: 310.553.5583 |
| 9 | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SAUNDRA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SKY CHEFS, INC., a Delaware business entity, and DOE ONE through and including DOE ONE HUNDRED,<br><br>    Defendants. | Case No: CV11-05619 LHK<br>*Assigned to Hon. Lucy H. Koh*<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINES FOR PLAINTIFF'S OPPOSITION TO SKY CHEFS, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND SKY CHEFS, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

Plaintiff Saundra Johnson ("Plaintiff") and Defendant Sky Chefs, Inc. ("Defendant") (Plaintiff and Defendant collectively referred to as "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

## STIPULATION

WHEREAS, on or about October 18, 2011, Plaintiff commenced a civil action in Santa Clara Superior Court on behalf of herself and others similarly situated, entitled *Saundra Johnson v. Sky Chefs, Inc.*, bearing Case No. 111CV211330;

WHEREAS, Defendant was served with the Complaint on or about October 20, 2011, and the First Amended Complaint ("FAC") on November 15, 2011;

WHEREAS, Defendant removed the state action to the above-captioned court on November 21, 2011;

WHEREAS, Defendant filed a FRCP 12(b)(6) Motion to Dismiss the FAC (the "Motion") on November 28, 2011, which is scheduled to be heard on March 8, 2012;

WHEREAS, pursuant to Civil Local Rule 7-3(a), the deadline for Plaintiff to file an Oppositon to Defendant's Motion is December 12, 2011;

WHEREAS, pursuant to Civil Local Rule 7-3(c), the deadline for Defendant to file a Reply in Support of its FRCP 12(b)(6) Motion to Dismiss the FAC is December 19, 2011;

WHEREAS, as described in the accompanying Declaration of Alan Harris, the parties have met and conferred regarding Defendant's Motion and desire to continue the Opposition and Reply deadlines so that the Parties can engage in good faith settlement negotiations in an effort to resolve this matter expeditiously and without further unwarranted expense;

Therefore, the Parties stipulate and agree that:

1. Plaintiff will file and serve any Opposition to the Motion, supporting memoranda and documents on or before January 9, 2011;
2. Defendant will file and serve any Reply in support of the Motion,

supporting memoranda and documents on or before February 15, 2011.

**IT IS SO STIPULATED.**

DATED: December 7, 2011                    HARRIS & RUBLE

                                                                   /s/

                                                                  Alan Harris
*Attorneys for Plaintiff*

DATED: December 8, 2011                    LITTLER MENDELSON

                                                                  Rebecca M. Aragon
*Attorneys for Defendant*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 12, 2011

                                                                  HONORABLE LUCY H. KOH