Alan Harris (SBN 146079)
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Tel: 323.962.3777
Fax: 323.962.3004

Attorneys for Plaintiff

Rebecca M. Aragon (SBN 134496)
Littler Mendelson
2049 Century Park East, Ste. 500
Los Angeles, CA 90067-3107
Tel: 310.553.0308
Fax: 310.553.5583

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SAUNDRA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKY CHEFS, INC., a Delaware business entity, and DOE ONE through and including DOE ONE HUNDRED,<br><br>Defendants. | Case No: CV11-05619 LHK<br>*Assigned to Hon. Lucy H. Koh*<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE** |

1  Plaintiff Saundra Johnson ("Plaintiff") and Defendant Sky Chefs, Inc.
2  ("Defendant") (Plaintiff and Defendant collectively referred to as "the Parties"), by and
3  through their respective counsel, hereby stipulate and agree as follows:

## STIPULATION

WHEREAS, on January 31, 2012 the Parties filed a Stipulation and [Proposed] Order Selecting an ADR Process and agreed to participate in Mediation;

WHEREAS, the Court granted the Parties' Stipulation Selecting an ADR Process on February 3, 2012;

WHEREAS, on February 27, 2012, the Court notified the Parties that the Mediator assigned to this case is Alan R. Berkowitz of Judicate West;

WHEREAS, the Parties scheduled their mediation session for April 25, 2012.

WHEREAS, on Friday, March 30, 2012 counsel for the Parties conducted a pre-mediation conference call with Mr. Berkowitz to discuss the scheduling of the mediation;

WHEREAS, the parties were far apart on the worth of the case and their respective assessments of defendant's pending dispositive motions which are set to be heard on June 28, 2012.

WHEREAS, Mr. Berkowitz indicated that in light of the parties' positions, the mediation would be more fruitful if it went forward after the Court ruled on defendant's pending motions;

WHEREAS, the mediation completion date is currently set for April 30, 2012;

WHEREAS, Defendant's Motion to Dismiss the First Amended Complaint Pursuant to FRCP 12(b)(6), or Alternatively for Summary Judgment (the "Motion"), is currently scheduled for June 28, 2012 at 1:30 p.m.;

WHEREAS, the Parties respectfully request that the Court continue the Parties' mediation deadline until August 28, 2012, 60 days after the Court is scheduled to rule on Defendant's Motion.

IT IS THEREFORE STIPULATED AND AGREED that the Parties shall complete mediation on or before August 28, 2012. The Parties shall file a Joint Case Management Statement by September 7, 2012, advising the Court regarding the results of the Parties' mediation.

**IT IS SO STIPULATED.**

DATED: April 10, 2012

HARRIS & RUBLE

_____
Alan Harris
*Attorneys for Plaintiff*

DATED: April 10, 2012

LITTLER MENDELSON

_____
Rebecca M. Aragon
*Attorneys for Defendant*

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:**

The Parties shall complete mediation on or before August 28, 2012. The Parties shall file a Joint Case Management Statement by September 7, 2012, advising the Court regarding the results of the parties' mediation.

DATED: April 11, 2012

_____
HONORABLE LUCY H. KOH