**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAUNDRA JOHNSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>SKY CHEFS, INC., a Delaware Business entity, and DOES ONE through and including DOE ONE HUNDRED,<br><br>　　　　　　　　　　Defendants. | Case No.: 11-CV-05619-LHK<br><br>ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE |

　　　Defendant Sky Chefs has filed a motion requesting that the parties be allowed to file supplemental briefing regarding the effect, if any, of the April 2, 2012 collective bargaining agreement on Plaintiff's claims and Defendant's currently pending motion to dismiss. Defendant's request is GRANTED. Defendant may file a supplemental brief on this issue, not to exceed 7 pages, by May 15, 2012. Plaintiff may file a response, not to exceed 7 pages, by May 31, 2012. Briefing on the issue will be closed at that time.

**IT IS SO ORDERED.**

Dated: April 27, 2012

　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 11-CV-05619-LHK
ORDER RE: SUPPLEMENTAL BRIEFING