Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Tel: 323.962.3777
Fax: 323.962.3004
E-Mail: aharris@harrisandruble.com
Attorneys for Plaintiff
SAUNDRA JOHNSON

Rebecca M. Aragon (SBN 134496)
Anthony G. Ly (SBN 228883)
LITTLER MENDELSON
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Tel: 310.553.0308
Fax: 310.553.5583
E-Mail: raragon@littler.com
Attorneys for Defendant
SKY CHEFS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SAUNDRA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKY CHEFS, INC., a Delaware business entity, and DOE ONE through and including DOE ONE HUNDRED,<br><br>Defendants. | Case No: CV11-05619 LHK<br>*Assigned to Hon. Lucy H. Koh*<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER TO THE SECOND AMENDED COMPLAINT |

Plaintiff Saundra Johnson ("Plaintiff") and Defendant Sky Chefs, Inc. ("Defendant") (Plaintiff and Defendant collectively referred to as "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

## STIPULATION

WHEREAS, on October 18, 2012, Plaintiff filed a Second Amended Complaint;

WHEREAS, on October 31, 2012, Defendant filed an Answer to the Second Amended Complaint;

WHEREAS, on November 7, 2012, Plaintiff's counsel indicated at a Further Case Management Conference that Plaintiff intended to file a motion in response to Defendant's Answer to the Second Amended Complaint;

WHEREAS, on November 15, 2012, Defendant requested that Plaintiff to meet and confer regarding Plaintiff's anticipated motion to strike Defendant's Answer and the basis for said motion;

WHEREAS, on November 20 and 21, 2012, Defendant and Plaintiff met and conferred by telephone regarding Plaintiff's anticipated motion to strike. During the parties' meet and confer conference, Plaintiff, through her counsel, indicated that she intended to file a Third Amended Complaint to add new plaintiffs and the parties discussed the possibility of Defendant stipulating to allow Plaintiff to file a Third Amended Complaint without the need to seek leave from the Court;

WHEREAS, November 21, 2012 was the last day for Plaintiff to file her Motion to Strike Defendant's Answer to the Second Amended Complaint and Plaintiff filed said motion on that date;

WHEREAS, Plaintiff's Motion to Strike Defendant's Answer is currently scheduled to be heard by the Court on February 28, 2012 at 1:30 p.m.;

WHEREAS, pursuant to Civil Local Rule 7-3 of the United States District Court, Northern District of California, Defendant's Opposition to Plaintiff's Motion to Strike Defendant's Answer must be filed by December 5, 2012 and Plaintiff's Reply must be

filed by December 12, 2012;

WHEREAS, the parties are continuing to meet and confer regarding a potential stipulation regarding Plaintiff's filing of a Third Amended Complaint to add new parties without leave from this Court;

WHEREAS, pursuant to the Court's July 26, 2012 Minute Order and Case Management Order, Plaintiff must file a motion to amend and add parties by December 20, 2012;

WHEREAS, the filing of a Third Amended Complaint would require Defendant to file a response to the Third Amended Complaint, which would moot the issues raised by Plaintiff's Motion to Strike Defendant's Answer to the Second Amended Complaint;

WHEREAS, the parties respectfully request that the Court extend the deadline for Defendant to file its Opposition to Plaintiff's Motion to Strike Defendant's Answer and Plaintiff's Reply to allow the parties to further meet and confer and to determine whether Defendant will need to file an Answer to the anticipated Third Amended Complaint.

///

///

///

///

///

///

IT IS THEREFORE STIPULATED AND AGREED that the Defendant shall file its Opposition to Plaintiff's Motion to Strike Defendant's Answer on or before January 25, 2013 and Plaintiff shall file her Reply to Defendant's Opposition on or before February 1, 2013.

**IT IS SO STIPULATED.**

DATED: November 29, 2012

HARRIS & RUBLE

Alan Harris
Priya Mohan
*Attorneys for Plaintiff*

DATED: November 29, 2012

LITTLER MENDELSON

Rebecca M. Aragon
Anthony G. Ly
*Attorneys for Defendant*

### [PROPOSED] ORDER

**PURSUANT TO STOPULATION, IT IS HEREBY ORDERED AS FOLLOWS:**

Defendant shall file its Opposition to Plaintiff's Motion to Strike Defendant's Answer on or before January 25, 2013;

Plaintiff shall file her Reply to Defendant's Opposition to Plaintiff's Motion to Strike Defendant's Answer on or before February 1, 2013.

DATED: November 30, 2012

*Lucy H. Koh*

HONORABLE LUCY H. KOH