Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Tel: 323.962.3777
Fax: 323.962.3004
E-Mail: aharris@harrisandruble.com
Attorneys for Plaintiff
SAUNDRA JOHNSON

Rebecca M. Aragon (SBN 134496)
Anthony G. Ly (SBN 228883)
LITTLER MENDELSON
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Tel: 310.553.0308
Fax: 310.553.5583
E-Mail: raragon@littler.com
Attorneys for Defendant
SKY CHEFS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SAUNDRA JOHNSON,
individually, and on behalf of all
others similarly situated,

          Plaintiff,

    v.

SKY CHEFS, INC., a Delaware
business entity, and DOE ONE
through and including DOE ONE
HUNDRED,

          Defendants.

Case No: CV11-05619 LHK
*Assigned to Hon. Lucy H. Koh*

**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**

1

1  Plaintiff Saundra Johnson ("Plaintiff") and Defendant Sky Chefs, Inc.

2  ("Defendant") (Plaintiff and Defendant collectively referred to as "the Parties"), by and

3  through their respective counsel, hereby stipulate and agree as follows:

4  **STIPULATION**

5  WHEREAS, on Thursday, December 20, 2012 at 8:30 p.m., Plaintiff filed a

6  Motion for Leave to File a Third Amended Complaint ("Motion for Leave"), which is

7  currently scheduled to be concurrently heard on February 28, 2013 with Plaintiff's

8  pending Motion to Strike Defendant's Answer to the Second Amended Complaint;

9  WHEREAS, pursuant to Civil Local Rule 7-3 of the United States District Court,

10 Northern District of California, Defendant's Opposition to Plaintiff's Motion for Leave

11 must be filed by January 3, 2013;

12 WHEREAS, Defendant's counsel's office will be closed on December 24 and 25,

13 2012, for the Christmas holiday and Defendant's lead counsel, Rebecca Aragon, will be

14 unavailable on a pre-planned trip to London from December 26, 2012 to January 2, 2013;

15 WHEREAS, the parties respectfully request that the Court extend the deadline for

16 Defendant to file its Opposition to Plaintiff's Motion for Leave and Plaintiff's Reply to

17 provide Defendant with adequate time to consider Plaintiff's Motion for Leave and to

18 prepare and file an Opposition to said motion;

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

1

2  IT IS THEREFORE STIPULATED AND AGREED that the Defendant shall file

3  its Opposition to Plaintiff's Motion for Leave on or before January 25, 2013 and Plaintiff

4  shall file her Reply to Defendant's Opposition on or before February 1, 2013.

5  **IT IS SO STIPULATED.**

6

7  DATED:  December 21, 2012

8                                                      HARRIS & RUBLE

9                                                      /s/
                                                       Alan Harris
10                                                     Priya Mohan
                                                       *Attorneys for Plaintiff*
11

12  DATED:  December 21, 2012

13                                                     LITTLER MENDELSON

14                                                     /s/
                                                       Rebecca M. Aragon
15                                                     Anthony G. Ly
                                                       *Attorneys for Defendant*
16

17  ~~PROPOSED~~ ORDER

18  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:**

19         Defendant shall file its Opposition to Plaintiff's Motion for Leave to File a Third

20  Amended Complaint on or before January 25, 2013;

21         Plaintiff shall file her Reply to Defendant's Opposition to Plaintiff's Motion for

22  Leave to File a Third Amended Complaint on or before February 1, 2013.

23  DATED: 12/26/2012

24

25                                                     *Lucy H. Koh*

26                                                     HONORABLE LUCY H. KOH

27

28