Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Tel: 323.962.3777
Fax: 323.962.3004
E-Mail: aharris@harrisandruble.com
Attorneys for Plaintiffs
SAUNDRA JOHNSON and HANIFA HABIB

Rebecca M. Aragon (SBN 134496)
Anthony G. Ly (SBN 228883)
LITTLER MENDELSON
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Tel: 310.553.0308
Fax: 310.553.5583
E-Mail: raragon@littler.com
Attorneys for Defendant
SKY CHEFS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAUNDRA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SKY CHEFS, INC., a Delaware business entity, and DOE ONE through and including DOE ONE HUNDRED,<br><br>　　　　Defendants. | Case No: CV11-05619 LHK<br>*Assigned to Hon. Lucy H. Koh*<br><br>**STIPULATION REGARDING FILING OF THIRD AMENDED COMPLAINT; [PROPOSED] ORDER** |

Plaintiff Saundra Johnson ("Plaintiff Johnson") and Defendant Sky Chefs, Inc. ("Defendant") (Plaintiff Johnson and Defendant collectively referred to as "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

### STIPULATION

WHEREAS, on November 21, 2012, Plaintiff Johnson filed a Motion to Strike Defendant's Answer to the operative Second Amended Complaint ("Motion to Strike"), which his currently scheduled to be heard on February 28, 2013;

WHEREAS, on Thursday, December 20, 2012 at 8:30 p.m., Plaintiff Johnson filed a Motion for Leave to File a Third Amended Complaint ("Motion for Leave"), which is currently scheduled to be concurrently heard on February 28, 2013 with Plaintiff Johnson's pending Motion to Strike;

WHEREAS, on Friday, January 18, 2013, the parties met and conferred regarding Plaintiff's pending Motion for Leave and Motion to Strike;

WHEREAS, the parties agreed that they would stipulate that Plaintiff Johnson may file her Third Amended Complaint subject to the following conditions:

1. Plaintiff Johnson and Plaintiff Hanifa Habib's ("Plaintiff Habib") claims related to the rest break, minimum wage and overtime allegations in the Third Amended Complaint will not relate back to the date of the filing of the original Complaint in this action; rather, the statute of limitations on these claims will run from December 20, 2012, the date Plaintiff Johnson filed her Motion for Leave;

2. Plaintiff Johnson will provide Defendant with a redlined version of the Second Amended Complaint containing all proposed changes and amendments to be included in the Third Amended Complaint; and

3. Plaintiff Habib will make herself available for deposition on February 12, 2013. Plaintiff Johnson will make herself available for deposition on February 11, 2013 or the earliest date possible thereafter.

THEREFORE, THE PARTIES STIPULATE AND AGREE TO AS FOLLOWS:

1. Plaintiff Johnson may file a Third Amended Complaint, a true and correct copy of which is attached as Exhibit A to the Notice of Lodging of the Third Amended Complaint filed concurrently herewith, and that the Third Amended Complaint shall be deemed filed as of the date of the Judge's signing of this Order;

2. The statute of limitations on all of Plaintiff Johnson and Plaintiff Habib's claims related to their rest break, minimum wage and overtime allegations in the Third Amended Complaint will run from December 20, 2012, and will not relate back to the date of the filing of the original Complaint;

3. Plaintiff withdraws her Motion for Leave and Motion to Strike; and

4. Plaintiff Habib will appear for deposition on February 12, 2013. Plaintiff Johnson will appear for deposition on February 11, 2013 or the earliest date possible thereafter.

**IT IS SO STIPULATED.**

DATED: JANUARY 25, 2013    HARRIS & RUBLE

/s/
Alan Harris
Priya Mohan
*Attorneys for Plaintiffs*

DATED: JANUARY 25, 2013    LITTLER MENDELSON

/s/
Rebecca M. Aragon
Anthony G. Ly
*Attorneys for Defendant*

**PURSUANT TO THE ABOVE STIPULATION AND GOOD CAUSE APPEARING, THEREFORE, IT IS SO ORDERED.**

DATED: January 29, 2013

*Lucy H. Koh*
HONORABLE LUCY H. KOH