Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Tel: 323.962.3777
Fax: 323.962.3004
E-Mail:  aharris@harrisandruble.com
Attorneys for Plaintiffs
SAUNDRA JOHNSON and HANIFA HABIB

Rebecca M. Aragon (SBN 134496)
Anthony G. Ly (SBN 228883)
LITTLER MENDELSON
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Tel:  310.553.0308
Fax: 310.553.5583
E-Mail:  raragon@littler.com
Attorneys for Defendant
SKY CHEFS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SAUNDRA JOHNSON and HANIFA HABIB individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SKY CHEFS, INC., a Delaware business entity,<br><br>　　　　　Defendants. | Case No: CV11-05619 LHK<br>*Assigned to Hon. Lucy H. Koh*<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Plaintiffs Saundra Johnson and Hanifa Habib ("Plaintiffs") and Defendant Sky Chefs, Inc. ("Defendant") (collectively referred to as the "Parties"), hereby submit the following Stipulation and [Proposed] Order requesting an extension of the briefing schedule for Plaintiffs' motion for class certification based on the current pleadings.

## STIPULATION

WHEREAS, on December 20, 2012, Plaintiff Saundra Johnson filed a Motion for Leave to File a Third Amended Complaint, seeking to add an additional Plaintiff, Hanifa Habib, and the following additional claims: (1) Failure to Pay Minimum Wage and Overtime Compensation, Cal. Lab. Code §§ 510 and 1194; (2) Failure to Provide Adequate Rest Periods, Cal. Lab. Code § 226.7; and (3) Failure to Pay Minimum Wage and Overtime Compensation, Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*;

WHEREAS, after meeting and conferring regarding the Motion for Leave to file the Third Amended Complaint, the Parties agreed that they would stipulate to the filing of Plaintiff's Third Amended Complaint;

WHEREAS, on January 25, 2013, the Parties submitted a Stipulation and Proposed Order regarding the filing of the Third Amended Complaint to the Court and the Court granted the Parties' stipulation on January 29, 2013;

WHEREAS, the parties have met and conferred regarding the briefing schedule for Plaintiffs' Motion for Class Certification in light of the filing of the Third Amended Complaint and have determined that, as set forth in detail in the Declaration of Alan Harris filed herewith, good cause exists to extend the briefing schedule for Plaintiffs' Class Certification Motion to account for personnel changes in Plaintiff's counsel's office and to permit necessary discovery;

WHEREAS, the Parties have agreed to the following briefing schedule for Plaintiff's Class Certification Motion based on the current pleadings: 1) Plaintiffs' Motion for Class Certification must be filed by May 24, 2013; 2) Defendant's Opposition is due by June 14, 2013; 3) Plaintiff's Reply must be filed by June 21, 2013; and 4) the

hearing on class certification would take place on July 5, 2013 or on such other later date as the Court determines;

WHEREAS, this Stipulation is not entered into for purposes of delay or harassment, and the Parties would be significantly prejudiced if the Stipulation was not approved.

**ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE THAT:**

1) Plaintiffs must file any Motion for Class Certification by May 24, 2013; 2) Defendant's Opposition is due by June 14, 2013; 3) Plaintiff's Reply is due by June 21, 2013; 4) The hearing on class certification would take place on July 5, 2013 or on such other later date as the Court determines; and 5) the Case Management Conference shall proceed on April 11, 2013, at which time the Parties will address scheduling with the Court, including the rescheduling of the cutoff dates for the parties to complete fact and expert discovery and to file dispositive motions.

**IT IS SO STIPULATED.**

| DATED:  February 21, 2013 | HARRIS & RUBLE |
|---|---|
| | _____/s/_____ |
| | Alan Harris |
| | Priya Mohan |
| | *Attorneys for Plaintiffs* |
| DATED:  February 21, 2013 | LITTLER MENDELSON |
| | _____/s/_____ |
| | Rebecca M. Aragon |
| | Anthony G. Ly |
| | *Attorneys for Defendant* |

1  **[~~PROPOSED~~] ORDER**

2  **PURSUANT TO STOPULATION, IT IS HEREBY ORDERED AS FOLLOWS:**

3      1) Plaintiffs must file any Motion for Class Certification by May 24, 2013;

4      2) Defendant's Opposition is due by June 14, 2013;

5      3) Plaintiff's Reply is due by June 21, 2013;

6      4) The hearing on class certification will take place on __July 11__, 2013;

7      5) ~~The Case Management Conference shall proceed on April 11, 2013, at which time the Parties will address scheduling with the Court, including the rescheduling of the cutoff dates for the parties to complete fact and expert discovery and to file dispositive motions.~~  The Case Management Conference currently set for April 11, 2013, is hereby MOVED to March 27, 2013, at 2:00 p.m.  At this Conference, the Parties will address revising the case schedule.

12  DATED:  March 5, 2013

_/s/ Lucy H. Koh_
HONORABLE LUCY H. KOH